# United States Court of Appeals
## For the First Circuit

No. 11-1808

---

RICHARD H. HATCH

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

---

Before

Boudin, Howard and Thompson,
<u>Circuit Judges</u>.

---

JUDGMENT

Entered: August 30, 2011

      Petitioner Richard Hatch, proceeding pro se, seeks a certificate of appealability in relation to the denial of his 28 U.S.C. § 2255 motion by the United States District Court for the District of Rhode Island. As an initial matter, Hatch's motion for appointment of counsel is **DENIED**. Having reviewed the decision of the district court and relevant portions of the record, we conclude that the district court's resolution of Petitioner's motion was neither debatable nor wrong. See <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). Accordingly, Petitioner's application for a certificate of appealability is **DENIED**. The appeal is hereby **TERMINATED**.

                                  By the Court:

                                  <u>/s/ Margaret Carter, Clerk</u>

cc:

Richard H. Hatch
Donald C. Lockhart
Andrew J. Reich
Lee H. Vilker